UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| McCARTHY BUILDING COMPANIES, INC.<br>*Plaintiff*<br><br>v.<br><br>RE ROSEROCK LLC; ARRAY TECHNOLOGIES, INC.; CANADIAN SOLAR (USA), INC.; XL INSURANCE AMERICA, INC.; and NORTH AMERICAN ELITE INSURANCE COMPANY,<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO.: 1:17-CV-489-SS<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

## PARTIES

1. Plaintiff is McCarthy Building Companies, Inc.

2. Defendants are RE Roserock, LLC, Array Technologies, Inc., XL Insurance America, Inc., and North American Elite Insurance Company. (Plaintiff and Defendants collectively referred to as the "Parties")

3. On May 22, 2017, Plaintiff sued the Defendants in this action.

4. On May 19, 2017, Defendant RE Roserock, LLC sued Plaintiff McCarthy Building Companies, Inc. in the 353rd Judicial District, Travis County, Texas. Plaintiff McCarthy Building Companies, Inc. then removed this action to the present Court, where it was consolidated into this action.

5. The Parties to this action have resolved the dispute and entered into a global settlement agreement resolving all their disputes.

6. Plaintiff moves to dismiss with prejudice this suit and all its claims.

7. Defendants, who have served answers, cross claims and counterclaims in this lawsuit, agree to the dismissal with prejudice of this suit and all of their claims, cross-claims and/or counterclaims.

8. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 32.2.

9. A receiver has not been appointed in this case.

10. This case is not governed by any federal statute that requires a court order for dismissal of the case.

11. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

12. This dismissal is with prejudice.

                                              Respectfully submitted by:

                                              /s/ George C. Baldwin
George C. Baldwin (TX SBN 01625020)
Peckar & Abramson, P.C.
111 Congress Avenue, Suite 1010
Austin, Texas 7871
(512) 275-1786; Fax (512) 236-0682
gbaldwin@pecklaw.com

Michael J. O'Connor, Esq. (CA SBN90017)
(Admitted Pro Hac Vice)
Melanie McDonald, Esq. (TX SBN 13555200)
Kelley Drye & Warren LLP
515 Post Oak Blvd., Ste 900
Houston TX 77027
(713) 355-5000; Fax (714) 355-5001
moconnor@kelleydrye.com
mmcdonald@kelleydrye.com

Keith D. Koeller, Esq. (CA SBN 100733)
(Admitted Pro Hac Vice)
Erik R. Musurlian
(Admitted Pro Hac Vice)
Koeller, Nebeker, Carlson & Haluck, LLP
901 Mopac Expressway South
Building 1, Suite 300
Austin TX 78746
(512) 795-4721; Fax: (512) 795-4724
koeller@knchlaw.com
erik.musurlian@knchlaw.com

Attorneys for Plaintiff, McCARTHY BUILDING COMPANIES, INC.


             /s/ J. James Cooper
_____
J. James Cooper (TX SBN 04780010)
Reed Smith LLP
811 Main Street
Houston, Texas 77002
(713) 469-3876; Fax (713) 469-3899
jcooper@reedsmith.com

Of Counsel
Kenneth E. Broughton (TX SBN 03087250)
Stephen L. Moll (TX SBN 14256850)
Chris Watt (TX SBN 24033314)
Jordan J. La Raia (TX SBN 24069970)
811 Main Street
Houston, Texas 77002
(713) 469-3876; Fax (713) 469-3899
kbroughton@reedsmith.com
smoll@reedsmith.com
cwatt@reedsmith.com
jlaraia@reedsmith.com

Attorneys for RE ROSEROCK LLC

/s/ William Webster
William Webster
(Admitted Pro Hac Vice)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
(310) 552-0130; Fax (310) 229-5800
wwebster@robinskaplan.com

Mark T. Mitchell (TX SBN 14217700)
Foley Gardere
Foley & Lardner LLP
3000 One America Center
600 Congress Ave.
Austin, Texas 78701
(512) 542-7072; Fax (512) 542-7272
mmitchel@foley.com

Attorneys for XL INSURANCE AMERICA, INC. and NORTH AMERICAN ELITE INSURANCE CO.


/s/ Andrew T. McKinney, IV
Andrew T. McKinney, IV (TX SBN 13716800)
Wesley T. Welmaker (TX SBN 00795826)
Valarie J. Eissler (TX SBN 00790636)
Litchfield Cavo LLP
One Riverway, Suite 1000
Houston, Texas 77056
(713) 418-2000; Fax (713) 418-2001
mckinney@litchfielfcavo.com
welmaker@litchfielfcavo.com
eissler@litchfielfcavo.com

Attorneys for ARRAY TECHNOLOGIES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2019, I electronically filed the foregoing document with the Clerk of the Court using the Western District of Texas CM/ECF filing system which will send notification of such filing to all attorneys of record who are registered users of the CM/ECF system. To the extent any attorneys-of-record are not registered users of the CM/ECF system, I hereby certify that I have mailed the foregoing document by United States Postal Service.

/s/ George C. Baldwin
George C. Baldwin